IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR87 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| WILLIAM P. LUKIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Report and Recommendation (Filing No. 56) of a Magistrate Judge recommending that I accept the Defendant's plea of guilty, as well as on pending pretrial motions (Filing Nos. 26, 32). There are no objections to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record.

The Court notes that in completing the Petition no information was completed with respect to the penalties relating to Count II, and there appears from the plea agreement to be some confusion as to those statutory penalties. Count II carries a statutory penalty of at least 5 years imprisonment, consecutive, to be followed by up to 5 years supervised release. 18 U.S.C. §§ 3559(a) & 3583(b)(1).

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 56) is adopted;

2. The Defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea;

3. I defer acceptance of the plea agreement until the time of sentencing pursuant to Federal Rule of Criminal Procedure 11(c)(3). Unless otherwise

stated at the time of sentencing, the plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence;

4. The Defendant's motions to suppress (Filing No. 26) and for a bill of particulars (Filing No. 32) are denied as moot; and

5. This case shall proceed to sentencing.

DATED this 1st day of September, 2005.

                                              BY THE COURT:

                                              s/Laurie Smith Camp  
                                              United States District Judge